688 A.2d 1171

**In the Matter of Garnita M. SELBY.**

**No. 725, Disciplinary Docket No. 2—Supreme Court.**

Supreme Court of Pennsylvania.

Jan. 22, 1997.

## PETITION FOR REINSTATEMENT

### *ORDER*

**PER CURIAM:**

AND NOW, this 22nd day of January, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 18, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

NEWMAN, J., dissents.